**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| JEFFERSON HEIGHTS APARTMENTS, LLC, | ) | |
| | ) | |
| Plaintiff/Counter Defendant, | ) | |
| | ) | |
| v. | ) | Case No. 2:22-cv-4037 |
| | ) | |
| LEXINGTON INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant/Counter Plaintiff. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** Plaintiff Jefferson Heights Apartments, LLC, by and through its undersigned attorney, and Defendant Lexington Insurance Company, by and through its undersigned attorney, and hereby jointly stipulate to the dismissal of this action, with prejudice, with each party to bear its own attorney's fees and costs.

**STUBBLEFIELD LAW, LLC**

By: _/s/ Kory D. Stubblefield_
Kory D. Stubblefield
Missouri Bar Number 58979
Nicole D. Lindsey
Missouri Bar Number 53492
1903 E. Battlefield
Springfield, MO 65804
Telephone : 417-447-0697
Fax : 417-447-0698
kory@stubblefieldlawoffice.com
*Attorneys for Plaintiff/Counter Defendant*

HINSHAW & CULBERTSON LLP

By: _/s/ Cheryl L. Mondi_
Peter E. Kanaris
Cheryl L. Mondi
151 North Franklin Street, Suite 2500

Chicago, IL 60606
Telephone: (312) 704-3000
Facsimile: (312) 704-3001
pkanaris@hinshawlaw.com
cmondi@hinshalaw.com

and


Mark D. Ware MO 64339
WALLACE SAUNDERS, P.C.
10111 West 87th Street
Overland Park, KS 66212
Telephone: (913) 888-1000
Fax: (913) 888-1065
mware@wallacesaunders.com
Attorneys for Defendant/Counter-Plaintiff
Lexington Insurance Company